6081910

## CAUSE NO. F14-75027-V
## COURT OF APPEALS NO. 05-14-01411-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/2/2015 2:41:38 PM
Clerk

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | IN THE 292ND JUDICIAL |
| **V.** | § | **DISTRICT COURT** |
| **ANTHONY PHIFER** | § | **DALLAS COUNTY, TEXAS** |

## ORDER APPOINTING COUNSEL

In accordance with the order of the Court of Appeals for the Fifth District of Texas at Dallas in this cause, this Court hereby appoints **Danny Oliphant** to represent the defendant on the appeal of his case.

The Clerk of this Court is directed to immediately prepare and forward to the Court of Appeals for the Fifth District of Texas at Dallas a supplemental record containing this order.

SIGNED this ____16____ day of January, 2015.

_____
**BRANDON BIRMINGHAM, JUDGE**
**292ND JUDICIAL DISTRICT COURT**
**DALLAS COUNTY, TEXAS**